Decided September 9, 2009

### HILB ROGAL AND HOBBS COMPANY ET AL. *v.* UTA PETERS RANDALL*

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 89 (AC 29572), is granted, limited to the following issue:

"Whether the Appellate Court properly determined that the trial court properly supplied purported missing terms to a restrictive covenant in the subject employment agreement without resorting to the equitable remedy of reformation?"

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18444.

*Scott S. Centrella*, in support of the petition.

---

* The appeal was withdrawn May 12, 2010.

*Sheila A. Huddleston, Glenn M. Cunningham* and *Lee A. Duval,* in opposition.

Decided September 9, 2009